■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK BAYLOR, JR., Appellant. [796 NYS2d 249]—Appeal by the defendant from an order of the County Court, Nassau County (Cotter, J.), dated April 17, 2001, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the court's level three sex offender designation was supported by clear and convincing evidence (*see People v Cureton*, 299 AD2d 532 [2002]; *People v Boone*, 308 AD2d 437 [2003]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Prudenti, P.J., Florio, Cozier and Lifson, JJ., concur.